

**Velva L. Price**
**Travis County District Clerk**
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**

January 5, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-14-000903 and Court of Appeals number 03-14-00765-CV, styled, Nancy Jo Rodriguez vs. The Walgreen Company, Sara Elizabeth McGuire, Austin Heart PLLC, at St. David's Healthcare Partnership, and Vivek Goswami, MD., was due in your office December of 2014. This office has not received payment for this record as of today. Therefore, I am requesting an extension for filing. Thank you for your consideration.

If you have any questions, please contact me at (512) 854-4309.

Sincerely,

Trish Winkler
Deputy Court Clerk I
(512) 854-4309

| Administrative Offices | Civil and Family Division | Criminal Division | Jury Office |
| --- | --- | --- | --- |
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax: 854-4744 | fax: 854-9549 | fax: 854-4566 | fax: 854-4457 |